[Nos. 39062-7-I; 40285-4-I.    Division One.    April 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DERRELL MILAM, *Appellant*.

*In the Matter of the Personal Restraint of* MICHAEL DERRELL MILAM, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 96-1-01989-1, Janice Niemi, J., entered July 19, 1996, together with a petition for relief from personal restraint. *Affirmed in part* and *remanded* by unpublished

opinion per Appelwick, J., concurred in by Baker and Becker, JJ.